UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUNIA BAPTISTE, | : |
| | : |
| Plaintiff, | : CASE NO. _____ |
| | : |
| v. | : |
| | : |
| AMGUARD INSURANCE COMPANY | : |
| AND MATTHEW MOON, | : |
| | : |
| Defendants. | : DECEMBER 22, 2025 |
| | : |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

The defendants, AmGUARD Insurance Company ("AmGUARD") and Matthew Moon, hereby notice the removal of this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, based on diversity jurisdiction. The bases for this removal are as follows:

1. On or about December 3, 2025, the plaintiff, Sunia Baptiste, filed a civil action against AmGUARD in Connecticut state court in the judicial district of Hartford. *Baptiste v. AmGUARD Ins. Co.*, Superior Court, judicial district of Hartford, Docket No. CV-25-6215318-S. A copy of the Summons and Complaint, which are dated November 25, 2025, are attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446. This is the only process, pleadings, and orders known by AmGUARD to have been served in this action.

2. AmGUARD first received notice of the state court action on or about November 26, 2025, when process was served.

3. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after Defendants initially received notice of the lawsuit filed in state court.

4. The state court action was filed in the Connecticut Superior Court, judicial district of Hartford. Venue is therefore proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. In the Complaint, Plaintiff alleges a mixture of contract claims and violations of the Connecticut Unfair Trade Practices Act (CUTPA) and Connecticut Unfair Insurance Practices Act (CUIPA) arising out of a property insurance policy issued by AmGUARD to Plaintiff insuring a property located in Bloomfield, Connecticut.

6. This action is properly removable because the United States District Court has original diversity-based jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), in that the matter in controversy exceeds the sum of $75,000.00, exclusive of interests or costs, and is between citizens of different states. (*See* Exhibit A ¶ 50.)

7. Plaintiff alleges that she owns a residential property located at 567 Bloomfield Avenue, Bloomfield, Connecticut 06002. (Exhibit A ¶ 9.) Thus, upon information and belief, Plaintiff is domiciled in Connecticut and, therefore, a citizen of Connecticut for purposes of diversity jurisdiction. *See* 15 Moore's Federal Practice § 102.30, at 102–127 (3d ed. 2015).

8. AmGUARD is a Pennsylvania corporation with a primary place of business in Pennsylvania.

9. Matthew Moon is a citizen of Texas and employed as a Property Claims Representative II by AmGUARD.

10. Plaintiff's Complaint alleges, inter alia, that "the cost to repair and fully remediate [the property] will be in excess of $200,000." Exhibit A ¶ 50. The amount in controversy in this matter is therefore greater than $75,000.000, exclusive of interests and costs. *See* 28 U.S.C. §§ 1332(a)(1), 1446(c)(2)(A)(ii).

11. Defendants have not filed appearances in the state court action.

12. Defendants have not filed any responsive pleadings in the state court action and no other proceedings have transpired in that action.

13. Pursuant to 28 U.S.C. § 1446, copies of the Notice of Removal have been served on all adverse parties and upon the Clerk of the Hartford Superior Court.

14. By removing this matter, Defendants do not waive or intend to waive any available defenses.

**WHEREFORE**, Defendants respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Connecticut Superior Court, judicial district of Hartford, to the United States District Court for the District of Connecticut.

THE DEFENDANTS
AMGUARD INSURANCE COMPANY
MATTHEW MOON

By their attorneys,

   */s/ Michael Menapace*
Michael Menapace (ct26610)
Caitlyn Doerr (ct32016)
WIGGIN AND DANA LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Fax: (860) 297-3799
E-mail: mmenapace@wiggin.com
       cdoerr@wiggin.com